

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00783-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

**INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS**, Local 624

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16015
Honorable Laura Salinas, Judge Presiding

No. 04-13-00109-CV

**IN RE THE CITY OF SAN ANTONIO**

Original Mandamus Proceeding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED granting the motion to abate. The petition for a writ of mandamus is DENIED. It is ORDERED that the City of San Antonio recover its costs of this appeal from appellee International Association of Firefighters, Local 624.

SIGNED October 2, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice

---

[1] The proceeding in Cause No. 04-13-00109-CV arises out of Cause No. 2012-CI-16015, styled *Int'l Ass'n of Fire Fighters, Local 624 v. City of San Antonio*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding. However, the orders complained of were signed by the Honorable Laura Salinas, presiding judge of the 166th Judicial District Court, Bexar County, Texas.